UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

JILL WEINSTEIN,                )
                               )
         Plaintiff,            )
                               )        **JUDGMENT IN A CIVIL CASE**
    v.                         )
                               )        **CASE NO. 5:17-CV-350-D**
NANCY A. BERRYHILL, Acting Commissioner )
of Social Security,            )
                               )
         Defendant.            )

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that plaintiff's objections to the M&R [D.E. 25] are SUSTAINED, plaintiff's motion for judgment on the pleadings [D.E. 18] is GRANTED, defendant's motion for judgment on the pleadings [D.E. 20] is DENIED, and the action is REMANDED to the Commissioner under sentence four of 42 U.S.C. § 405(g).

**This Judgment Filed and Entered on September 21, 2018, and Copies To:**
Daniel R. Lauffer                           (via CM/ECF electronic notification)
Leo R. Montenegro                           (via CM/ECF electronic notification)

DATE:                                       PETER A. MOORE, JR., CLERK
September 21, 2018                          (By) /s/ Nicole Sellers
                                             Deputy Clerk